UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MURRY W. PUTNAM<br>Plaintiff,<br><br>v.<br><br>REGIONAL SCHOOL UNIT 50, et al<br>Defendants, | )<br>)<br>)<br>)  Civil No. 1:14-cv-00154-JAW<br>)<br>)<br>) |

## JUDGMENT

This matter came on for trial before the Court and a jury, Honorable John A. Woodcock, Jr. presiding, and the issues having been duly tried, the Court having granted Defendant, Larry Malone's Motion for Judgment as a Matter of Law on December 2, 2015 and the jury having rendered its verdict on December 3, 2015;

Judgment is hereby entered for Defendants, Larry Malone, Regional School Unit 50 and John Doe against the plaintiff Murry W. Putnam.

                                                CHRISTA K. BERRY
                                                CLERK


                              By:   /s/Jennifer L. Gray
                                           Deputy Clerk

Dated: December 3, 2015